**Order entered September 3, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00561-CR

**TONY GLENN BOYD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-75804-R**

## ORDER

The Court **REINSTATES** the appeal.

On July 16, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On August 31, 2015, we received appellant's brief. Therefore, in the interest of expediting the appeal, we **VACATE** the July 16, 2015 order requiring findings.

We **ORDER** appellant's brief filed as of the date of this order.

/s/    ADA BROWN
       JUSTICE